JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMON D. SUTTLES, | ) Case No. EDCV 07-00041-JCR |
| Plaintiff, | ) |
| | ) JUDGMENT |
| v. | ) |
| MICHAEL J. ASTRUE,[1] Commissioner of the Social Security Administration, | ) ) ) ) |
| Defendant. | ) |

**IT IS HEREBY ADJUDGED** that the decision of the Commissioner of the Social Security Administration is reversed, and the matter is remanded for a new hearing consistent with the Memorandum Opinion and Order.

DATED: April 24, 2008

*/s/ John C. Rayburn, Jr.*
JOHN C. RAYBURN, JR.
UNITED STATES MAGISTRATE JUDGE

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of the Social Security Administration. Thus, Michael J. Astrue is substituted for Commissioner Jo Anne B. Barnhart pursuant to Federal Rule of Civil Procedure 25(d).