1   LAURA KRANK
    ATTORNEY AT LAW:  220208
2   LAW OFFICES OF ROHLFING & KALAGIAN
    211 EAST OCEAN BLVD., SUITE 420
3   LONG BEACH, CA 90802
    562/437-7006
4   FAX:  562/432-2935
    Email:  lekrank@hotmail.com
5   ATTORNEYS FOR PLAINTIFF

6

7

                    **UNITED STATES DISTRICT COURT**
8
                    **CENTRAL DISTRICT OF CALIFORNIA**
9

10                                        )   Case No.: EDCV 07-00041 JCR
    JASMON SUTTLES                        )
11                                        )   [~~PROPOSED~~] ORDER AWARDING
           Plaintiff,                     )   EQUAL ACCESS TO JUSTICE ACT
12                                        )   ATTORNEY FEES PURSUANT TO
        vs.                               )   28 U.S.C. § 2412(d)
13  MICHAEL J. ASTRUE,                    )
    Commissioner of Social Security,      )
14                                        )
           Defendant.                     )
15  _____)

16
           Based upon the parties' Stipulation for the Award and Payment of Equal
17
    Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to
18
    Laura Krank, as Plaintiff's assignee and subject to the reservation of rights, the
19
    amount of TWO THOUSAND THREE HUNDRED DOLLARS ($2,300.00), as
20
    authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced
21
    Stipulation.
22  DATE: 7/16/08

23

24              THE HONORABLE JOHN C. RAYBURN, JR.
                UNITED STATES MAGISTRATE JUDGE
25

26

                                    -1-